UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| INTERIOR SOLUTIONS, a Washington Corporation, | ) ) ) | NO.   CV-05-0012-LRS |
| Plaintiff, | ) ) ) | ORDER GRANTING PLAINTIFF'S MOTION FOR (PARTIAL) SUMMARY JUDGMENT |
| -vs- | ) ) | |
| TRAVELERS INDEMNITY COMPANY, | ) ) | |
| Defendant . | ) | |

The parties have stipulated that the plaintiff has filed its legal action against Travelers Property and Casualty Insurance Company in a timely manner. Ct. Rec. 31.

Pursuant to the parties stipulation, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Ct. Rec. 26) is **GRANTED**. This ruling does not decide the merits of any of the plaintiff's underlying claims.

The District Court Executive is directed to file this Order and provide copies to the parties.

DATED this 8th day of July, 2005.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1